The People of the State of New York ex rel. Emery Wallace, Appellant, *v.* Conrad Diehl et al., Constituting the Board of Police of the City of Buffalo, Respondents.

*People ex rel. Wallace* v. *Diehl,* 50 App. Div. 58, affirmed.
(Argued June 4, 1901; decided June 18, 1901.)

Appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 5, 1900, confirming the proceedings of the defendants in dismissing the relator from the police force of the city of Buffalo and dismissing a writ of certiorari to review such proceedings.

*F. H. Callan* and *D. B. Tuttle* for appellant.

*Henry W. Killeen* and *W. H. Cuddeback* for respondents.

Order affirmed, with costs; no opinion.

Concur: Parker, Ch. J., Bartlett, Haight, Vann, Landon, Cullen and Werner, JJ.